**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| **ANGELA M. SIMONE** | : | **BK. No. 19-23079-JAD** |
| **A/K/A ANGELA MAMMARELLI SIMONE** | : | |
| **D/B/A VICTOR VICTORIA HAIR. ETC.** | : | **Chapter No. 13** |
| Debtor | : | |
| | : | **Document No.** |
| **JPMORGAN CHASE BANK, NATIONAL** | : | |
| **ASSOCIATION** | : | **Hearing Date:** |
| Movant | : | |
| v. | : | **Hearing Time:** |
| **ANGELA M. SIMONE** | : | |
| **A/K/A ANGELA MAMMARELLI SIMONE** | : | **Objection Date:** |
| **D/B/A VICTOR VICTORIA HAIR. ETC.** | | |
| and | | |
| **RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)** | | |
| Respondents | | |

**<u>EXHIBIT B: BROKER PRICE OPINION</u>**

# Uniform Residential Appraisal Report

File # _____

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | | | | |
|---|---|---|---|---|
| Property Address 1030 Meridian Drive | | City Presto | State PA | Zip Code 15142 |
| Borrower Angela Mammarelli Simone | Owner of Public Record Angela Simone | | County Allegheny | |

Legal Description  Deed Book 10478, Page 30

| | | |
|---|---|---|
| Assessor's Parcel # | Tax Year 2019 | R.E. Taxes $ 17168 |

| | |
|---|---|
| Neighborhood Name  Collier Township / Nevillewood | Map Reference SPRPC: 12-91    Census Tract 4580.00 |

Occupant [ ] Owner [ ] Tenant [X] Vacant    Special Assessments $ 0    [X] PUD    HOA $ 25    [ ] per year [X] per month

Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)

Assignment Type [ ] Purchase Transaction [ ] Refinance Transaction [X] Other (describe) Servicing

Lender/Client JPMorgan Chase    Address 2777 Lake Vista Drive, Floor 2c, Lewisville, TX 75067

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No

Report data source(s) used, offering price(s), and date(s).

The subject has not been listed or sold in West Penn MLS in the past 12 months.

---

I [ ] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $ _____  Date of Contract _____  Is the property seller the owner of public record? [ ] Yes [ ] No  Data Source(s) _____

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No

If Yes, report the total dollar amount and describe the items to be paid.

---

Note: Race and the racial composition of the neighborhood are not appraisal factors.

### Neighborhood Characteristics

| Location | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|
| Location [ ] Urban [X] Suburban [ ] Rural | | Property Values [ ] Increasing [X] Stable [ ] Declining | | | PRICE | AGE | One-Unit | 90 % |
| Built-Up [X] Over 75% [ ] 25-75% [ ] Under 25% | | Demand/Supply [ ] Shortage [X] In Balance [ ] Over Supply | | | $(000) | (yrs) | 2-4 Unit | 1 % |
| Growth [ ] Rapid [X] Stable [ ] Slow | | Marketing Time [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | | | 300 Low | | Multi-Family | 1 % |
| Neighborhood Boundaries | | | | | 3460 High | 40 | Commercial | 8 % |
| Neighborhood boundaries are Noblestown Rd to the north, I79 to the east, and Thoms Run & Oakdale Rd to the south and west in Nevillewood, Collier Township. | | | | | 490 Pred. | 20 | Other | % |

Neighborhood Description

SEE ATTACHED ADDENDUM.

Market Conditions (including support for the above conclusions).

SEE ATTACHED ADDENDUM.

---

| | | | |
|---|---|---|---|
| Dimensions 158.03 x 160 x 100 x 166 | Area 21387 sf | Shape Irregular | View N;Res; |

Specific Zoning Classification PRD    Zoning Description Planned Residential Development

Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No  If No, describe.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements-Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street Asphalt | [X] | [ ] |
| Gas | [X] | | Sanitary Sewer | [X] | | Alley None | [ ] | [ ] |

FEMA Special Flood Hazard Area [ ] Yes [X] No  FEMA Flood Zone X   FEMA Map # 42003C0319H   FEMA Map Date 09/26/2014

Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No  If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No  If Yes, describe.

There are no known or apparent adverse environmental conditions that would negatively impact the value of the property.  SEE LIMITING CONDITIONS.

---

| General Description | | Foundation | | Exterior Description  materials/condition | | Interior  materials/condition | |
|---|---|---|---|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | | [ ] Concrete Slab [ ] Crawl Space | | Foundation Walls  Conc Blk/Average | | Floors  Cpt,CT/Fair | |
| # of Stories 2.5 | | [X] Full Basement [ ] Partial Basement | | Exterior Walls  Stucco/Average | | Walls  Drywall/Average | |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | | Basement Area 2167 sq. ft. | | Roof Surface  Comp/Unknown | | Trim/Finish  Wood/Fair | |
| [X] Existing [ ] Proposed [ ] Under Const. | | Basement Finish 0 % | | Gutters & Downspouts  Metal/Average | | Bath Floor  CT/Average | |
| Design (Style) Provincial | | [X] Outside Entry/Exit [ ] Sump Pump | | Window Type  Varied/Fair | | Bath Wainscot  Fbrgls,CT/Avg | |
| Year Built 1999 | | Evidence of [X] Infestation | | Storm Sash/Insulated  DblPane/Fair | | Car Storage [ ] None | |
| Effective Age (Yrs) 20 | | [ ] Dampness [X] Settlement | | Screens  Yes/Average | | [X] Driveway  # of Cars 3 | |
| Attic [ ] None | | Heating [X] FWA [ ] HWBB [ ] Radiant | | Amenities [ ] WoodStove(s) # 0 | | Driveway Surface  Concrete | |
| [ ] Drop Stair [ ] Stairs | | [ ] Other  Fuel gas | | [X] Fireplace(s) # 1 [ ] Fence none | | [X] Garage  # of Cars 3 | |
| [ ] Floor [X] Scuttle | | Cooling [X] Central Air Conditioning | | [X] Patio/Deck rear [ ] Porch front | | [ ] Carport  # of Cars 0 | |
| [ ] Finished [ ] Heated | | [ ] Individual [ ] Other | | [ ] Pool none [ ] Other none | | [X] Att. [ ] Det. [ ] Built-in | |
| Appliances [ ] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [ ] Microwave [ ] Washer/Dryer [ ] Other (describe) | | | | | | | |

Finished area above grade contains:   10 Rooms   5 Bedrooms   4.1 Bath(s)   4711 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.).

Rear deck, rear patio, front porch, 2 story family room and foyer, 1st floor laundry, breakfast area, ceiling fans, 1 fireplace, C/Air, walk-in closets, jetted tub in owner's bath.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).

C5;No updates in the prior 15 years;The subject property is in average to fair overall condition.  No functional or external obsolescence noted.  Utilities were not on at the time of the inspection and the mechanical systems (heating, plumbing, electrical) could not be tested.  The appraiser makes the extraordinary assumption that the mechanical systems are in working order.  Carpet throughout the subject dwelling is stained and in need of replacement.  Several windows appear to be leaking / have leaked in the past which resulted in deteriorating  < continued in addendum >

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [X] Yes [ ] No  If Yes, describe

SEE ATTACHED ADDENDUM.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [ ] Yes [X] No  If No, describe

The condition of the subject is below what is typical for the neighborhood.  Construction quality / finish is also below what is typical for the neighborhood.

---

Uniform Residential Appraisal Report    File # _____

| | | | |
|---|---|---|---|
| There are | 18 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 484000 to $ 997000 | |
| There are | 17 | comparable sales in the subject neighborhood within the past twelve months ranging in price from $ 341000 to $ 960000 | |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address | 1030 Meridian Drive Presto, PA 15142 | 5000 Carnoustie Drive Presto, PA 15142 | 8070 Sherwood Drive Presto, PA 15142 | 7041 Pinehurst Drive Presto, PA 15142 |
| Proximity to Subject | | 0.51 miles NE | 0.62 miles NE | 0.38 miles NW |
| Sale Price | $ | $ 552000 | $ 960000 | $ 550000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq.ft. | $ 174.57 sq.ft. | $ 180.86 sq.ft. | $ 164.38 sq.ft. |
| Data Source(s) | | WPMLS #1371810;DOM 121 | WPMLS #1380119;DOM 46 | WPMLS #1359957;DOM 135 |
| Verification Source(s) | | ASMT OFF. RCDS; WPMLS | ASMT OFF. RCDS; WPMLS | ASMT OFF. RCDS; WPMLS |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Sale or Financing Concessions | | ArmLth Conv;16560 | -16560 | ArmLth Cash;0 | | ArmLth Cash;0 | |
| Date of Sale/Time | | s03/19;c02/19 | | s04/19;c03/19 | | s03/19;c01/19 | |
| Location | N;Res; | N;Res;BsyRd | 50000 | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee simple | Fee simple | | Fee simple | | Fee simple | |
| Site | 21387 sf | 27160 sf | 0 | 2.19 ac | -75000 | 27974 sf | 0 |
| View | N;Res; | N;Res; | | N;Res;Glfvw | 0 | N;Res; | |
| Design (Style) | DT2.5;Provincial | DT2;Provincial | 0 | DT2;Provincial | 0 | DT2.5;Provincial | |
| Quality of Construction | Q4 | Q4 | | Q3 | -50000 | Q4 | |
| Actual Age | 20 | 20 | | 20 | | 21 | 0 |
| Condition | C5 | C4 | -50000 | C4 | -50000 | C4 | -50000 |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths |
| Room Count | 10 | 5 | 4.1 | 9 | 4 | 2.1 | 20000 | 10 | 5 | 4.1 | | 9 | 4 | 3.1 | 10000 |
| Gross Living Area | 4711 sq.ft. | 3162 sq.ft. | 92940 | 5308 sq.ft. | -35820 | 3346 sq.ft. | 81900 |
| Basement & Finished | 2167sf0sfwo | 1570sf0sfin | 0 | 3460sf2500sfwo | | 1600sf500sfwo | 0 |
| Rooms Below Grade | | | | 1rr0br1.0ba2o | -75000 | 1rr0br1.0ba1o | -15000 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA C/Air | FWA C/Air | | FWA C/Air | | FWA C/Air | |
| Energy Efficient Items | none | none | | none | | none | |
| Garage/Carport | 3ga3dw | 3ga3dw | | 3ga3dw | | 3gbi3dw | 0 |
| Porch/Patio/Deck | Patio,Deck,Porch | Deck | 10000 | Patios,EncdPch | -25000 | Deck | 10000 |
| Sale Date | N/A | 03/29/2019 | 0 | 04/30/2019 | 0 | 03/15/2019 | 0 |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 106380 | ☐ + ☒ - | $ 310820 | ☒ + ☐ - | $ 36900 |
| Adjusted Sale Price of Comparables | | Net Adj. 19.3 % Gross Adj. 43.4 % | $ 658380 | Net Adj. -32.4 % Gross Adj. 32.4 % | $ 649180 | Net Adj. 6.7 % Gross Adj. 30.3 % | $ 586900 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data source(s)    County records via web site access or phone conversation with county assessment office.

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data source(s)    Data sources are the west penn multi-list service and/or county assessment office web site.

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | COUNTY RECDS | COUNTY RECDS | COUNTY RECDS | COUNTY RECDS |
| Effective Date of Data Source(s) | 10/14/2019 | 10/14/2019 | 10/14/2019 | 10/15/2019 |

Analysis of prior sale or transfer history of the subject property and comparable sales

The appraiser is unaware of any prior transactions occurring within 3 years of the inspection date for the subject property and within 1 year of the sale sate of the comparable sales ( unless noted). The data source was County assessment office web site and, when applicable, local MLS.

Summary of Sales Comparison Approach
SEE ATTACHED ADDENDUM

Indicated Value by Sales Comparison Approach $  630000

Indicated Value by: Sales Comparison Approach $  630000    Cost Approach (if developed) $  0    Income Approach (if developed) $  0
SEE ATTACHED ADDENDUM

This appraisal is made ☒ "as is,"  ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:
SEE ATTACHED ADDENDUM.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$ 630000  as of  10/13/2019  , which is the date of inspection and the effective date of this appraisal.

Case 19-23079-JAD    Doc 52-3    Filed 01/17/20    Entered 01/17/20 20:01:44    Desc
Exhibit Residential Appraisal Report    Page 4 of 42

Uniform Residential Appraisal Report    File #

## ADDITIONAL COMMENTS

**Clarification of Intended Use and Intended User:**
The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, home equity line of credit, or internal asset evaluation by the lender/client related to their specific use(s) cited on page 1 subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value. No additional Intended Users are identified by the appraiser.

**Clarification of the term "complete visual inspection":**
Certification #2 on page 5 of this report states that the appraiser has performed a "complete visual inspection" of the property.  It should be understood that the "complete visual inspection" was performed within the context of the intended use and intended user identified on page 4 and clarified above.  That is, the appraiser's inspection of the property is for valuation purposes only and is strictly for the purpose of assisting the lender/client (and only the lender/client) in evaluating the property for servicing.

The appraiser's inspection of the property was limited to what was readily observable without moving furniture, floor coverings or personal property.  The appraiser did not view the subject attic area unless a photo is provided within the appraisal report. Crawlspaces or any other area that would involve the use of ladders or special equipment are not typically inspected.  The appraiser's viewing of the property was limited to surface areas only and can often be compromised by landscaping, placement of personal property or even weather conditions.  Most importantly, the appraiser's inspection of the property is far different from and much less intensive than the type of inspections performed to discover property defects.  The appraiser is not a home inspector, building contractor, pest control specialist or structural engineer.  An appraisal is not a substitute for a home inspection or an inspection by a qualified expert in determining issues such as, but not limited to, foundation settlement or stability, moisture problems, wood destroying (or other) insects, rodents or pests, radon gas or lead-based paint.  The client is invited and encouraged to employ the services of appropriate experts to address any area of concern.

FIRREA Certification Statement: The appraiser certifies and agrees that this appraisal report was prepared in accordance with the requirements of Title XI of the Financial Institutions, Reform, Recovery, and Enforcement Act (FIRREA) of 1989, as amended (12 U.S.C. 3331 et seq.), and any applicable implementing regulations in effect at the time the appraiser signs the appraisal certification.

Fee Disclosure - The appraisal fee is $300.00
Pennsylvania AMC Registration # for ClearCapital.com, Inc is AMC000005

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

Site value is based upon review of recent land sales and/or market abstraction method.  The comparable land sales used (if any available) are located within the appraisers work file.

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE ........................................... =$ | |
|---|---|---|
| Source of cost data MARSHALL SWIFT COST SERVICE | Dwelling  4711  Sq. Ft. @ $ ............. =$ | 0 |
| Quality rating from cost service  AVG.    Effective date of cost data | Bsmt: 2167  Sq. Ft. @ $ ............. =$ | 0 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | ............. =$ | |
| Due to the older age of the subject dwelling the cost approach was not utilized.  There are no items constituting functional or external obsolescence.  Remaining economic life is estimated to be 45 years.  See attached sketch and calculations. | Garage/Carport  792  Sq. Ft @ $ ............. =$ | 0 |
| | Total Estimate of Cost-New ................................... =$ | 0 |

| | Less | Physical | Functional | External | | |
|---|---|---|---|---|---|---|
| | Depreciation | | | | =$ ( | 0 ) |
| | Depreciated Cost of Improvements ..................... =$ | | | | | 0 |
| | "As-is" Value of Site Improvements ...................... =$ | | | | | |

| Estimated Remaining Economic Life (HUD and VA only)    55 Years | Indicated Value by Cost Approach    ..................................... =$ | 0 |
|---|---|---|

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

| Estimated Monthly Market Rent $  0    X Gross Rent Multiplier    0 | = $  0 | Indicated Value by Income Approach |
|---|---|---|
| Summary of Income Approach (including support for market rent and GRM) | | |

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?   ☐ Yes ☒ No   Unit type(s) ☒ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

| Legal Name of Project | | |
|---|---|---|
| Total number of phases | Total number of units | Total number of units sold |
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?   ☐ Yes  ☐ No If Yes, date of conversion

Does the project contain any multi-dwelling units?   ☐ Yes  ☐ No  Data source(s)

Are the units, common elements, and recreation facilities complete?   ☐ Yes  ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?   ☐ Yes  ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Uniform Residential Appraisal Report   File # ▮▮▮▮▮

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION**: The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature _Patricia W. Rothey_ | Signature _____ |
| Name   Patricia W Rothey Cert Res RE Appraiser | Name _____ |
| Company Name   N/A | Company Name _____ |
| Company Address   322 Dutch Lane | Company Address _____ |
| Pittsburgh , PA   15236 | _____ , _____ |
| Telephone Number   412-860-6715 | Telephone Number _____ |
| Email Address   prothey114@comcast.net | Email Address _____ |
| Date of Signature and Report   10/15/2019 | Date of Signature _____ |
| Effective Date of Appraisal   10/13/2019 | State Certification # _____ |
| State Certification #   RL000444L | or State License # _____ |
| or State License # _____ | State _____ |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License _____ |
| State   PA | |
| Expiration Date of Certification or License   06/30/2021 | **SUBJECT PROPERTY** |
| | ☐ Did not inspect subject property |
| **ADDRESS OF PROPERTY APPRAISED** | ☐ Did inspect exterior of subject property from street |
| 1030 Meridian Drive | Date of Inspection _____ |
| Presto , PA   15142 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $   630000 | Date of Inspection _____ |
| **LENDER/CLIENT** | |
| Name   Clear Capital | **COMPARABLE SALES** |
| Company Name   JPMorgan Chase | ☐ Did not inspect exterior of comparable sales from street |
| Company Address   2777 Lake Vista Drive, Floor 2c | ☐ Did inspect exterior of comparable sales from street |
| Lewisville , TX   75067 | Date of Inspection _____ |
| Email Address _____ | |

# Uniform Residential Appraisal Report

File # ▮▮▮▮▮

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 1030 Meridian Drive Presto, PA 15142 | 1170 Saint Mellion Drive Presto, PA 15142 | | | | | |
| Proximity to Subject | | 0.69 miles SE | | | | | |
| Sale Price | $ | | $ 632500 | | $ | | $ |
| Sale Price/Gross Liv. Area | $ 0.00 sq.ft. | $ 200.54 sq.ft. | | $ sq.ft. | | $ sq.ft. | |
| Data Source(s) | | WPMLS #1416468;DOM 40 | | | | | |
| Verification Source(s) | | ASMT OFF.RCDS; WPMLS | | | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
| Sale or Financing Concessions | | Listing ;0 | | | | | |
| Date of Sale/Time | | Active | -25000 | | | | |
| Location | N;Res; | N;Res; | | | | | |
| Leasehold/Fee Simple | Fee simple | Fee simple | | | | | |
| Site | 21387 sf | 18992 sf | 0 | | | | |
| View | N;Res; | N;Res; | | | | | |
| Design (Style) | DT2.5;Provincial | DT2.5;Provincial | | | | | |
| Quality of Construction | Q4 | Q4 | | | | | |
| Actual Age | 20 | 24 | 0 | | | | |
| Condition | C5 | C4 | -50000 | | | | |
| Above Grade | Total 10  Bdrms. 5  Baths 4.1 | Total 9  Bdrms. 4  Baths 3.1 | | Total     Bdrms.     Baths | | Total     Bdrms.     Baths | |
| Room Count | 10  5  4.1 | 9  4  3.1 | 10000 | | | | |
| Gross Living Area | 4711 sq.ft. | 3154 sq.ft. | 93420 | sq.ft. | | sq.ft. | |
| Basement & Finished | 2167sf0sfwo | 1608sf600sfwo | 0 | | | | |
| Rooms Below Grade | | 1rr0br0.1ba1o | -18000 | | | | |
| Functional Utility | Average | Average | | | | | |
| Heating/Cooling | FWA C/Air | FWA C/Air | | | | | |
| Energy Efficient Items | none | none | | | | | |
| Garage/Carport | 3ga3dw | 3gbi3dw | 0 | | | | |
| Porch/Patio/Deck | Patio,Deck,Porch | Decks | 0 | | | | |
| Sale Date | N/A | N/A | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒ +  ☐ - | $ 10420 | ☐ +  ☐ - | $ | ☐ +  ☐ - | $ |
| Adjusted Sale Price of Comparables | | Net Adj.  1.6 % Gross Adj.  31.1 % | $ 642920 | Net Adj.  % Gross Adj.  % | $ | Net Adj.  % Gross Adj.  % | $ |

| Summary of Sales Comparison Approach |
|---|
| * OVERFLOW - SEE "ADDITIONAL FIELD TEXT ADDENDA" * |

| ITEM | SUBJECT | COMPARABLE SALE #4 | COMPARABLE SALE #5 | COMPARABLE SALE #6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | COUNTY RECDS | COUNTY RECDS | | |
| Effective Date of Data Source(s) | 10/14/2019 | 10/15/2019 | | |
| Analysis of prior sale or transfer history of the subject property and comparable sales | | | | |

| Borrower/Client | Angela Mammarelli Simone | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1030 Meridian Drive | | | | | |
| City | Presto | County | Allegheny | State | PA | Zip Code 15142 |
| Lender | JPMorgan Chase | | | | | |

COMMENT SALES COMPARE COMPS 4-6

E & O Insurance on file with Clear Capital. Provider prohibits inclusion in report.

Comparable #4 is a current listing from the subject market area that went on the market on 09/05/2019 for $649,900. The price was reduced to $632,500 on 10/07/2019. It offers less living area than the subject property and is considered to be in C4 condition (does not require similar repairs but is somewhat dated). There is a finished basement. Recommended gross adjustments of 25% were exceeded due primarily to GLA differences. GLA adjustment also exceeded the recommended 10% but the comparable is considered relevant due to it's similar lot size and 2.5 story design.

| Borrower/Client | Angela Mammarelli Simone | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1030 Meridian Drive | | | | | |
| City | Presto | County | Allegheny | State | PA | Zip Code 15142 |
| Lender | JPMorgan Chase | | | | | |

**Neighborhood Description**
THE SUBJECT IS LOCATED APPROXIMATELY 7 TO 8 MILES WEST OF DOWNTOWN PITTSBURGH IN AN AREA KNOWN GENERALLY AS NEVILLEWOOD IN COLLIER TOWNSHIP. THIS LOCATION PROVIDES CONVENIENT ACCESS TO COMMUTER ROUTES, SCHOOLS, & CUSTOMARY SERVICES AND AMENITIES. SUBJECT DOES CONFORM AS TO AGE, STYLE, AND CONSTRUCTION FEATURES WITH OTHER HOMES AND IS MARKET COMPETITIVE. THE SUBJECT IS IN THE CHARTIERS VALLEY SCHOOL DISTRICT.

WHILE THE SUBJECT'S APPRAISED VALUE DOES EXCEED THE PREDOMINANT VALUE FOR THE NEIGHBORHOOD, IT DOES FALL WELL WITHIN THE NEIGHBORHOOD VALUE RANGE AND DOES NOT REPRESENT AN OVER-IMPROVEMENT FOR THE AREA.

THE SUBJECT PROPERTY IS LOCATED IN A VIABLE NEIGHBORHOOD WHICH REFLECTS A SUCCESSFUL MIXTURE OF COMMERCIAL, MULTI-FAMILY, AND SINGLE FAMILY LAND USE.

THE SUBJECT IS WITHIN CLOSE PROXIMITY TO THE CLUBHOUSE FOR NEVILLEWOOD GOLF COURSE, WHICH DOES NOT APPEAR TO HAVE A POSITIVE OR NEGATIVE EFFECT ON THE PROPERTY.

**Neighborhood Market Conditions**
THERE ARE NO CIRCUMSTANCES REGARDING THE AVAILABILITY OF SINGLE-FAMILY RESIDENTIAL MORTGAGES WHICH WOULD HAVE A NEGATIVE IMPACT ON PROPERTY VALUES. THE MAJORITY OF HOMES IN THIS MARKET ARE FINANCED WITH CONVENTIONAL. DEMAND AND SUPPLY APPEAR TO BE IN BALANCE BASED ON LISTING TO SALES RATIOS IN THE SUBJECTS MARKETING AREA. MARKETING TIME IS INDICATED AS 3-6 MONTHS BASED ON ANALYSIS OF DAYS-ON-MARKET OF SALES IN THE SUBJECTS MARKETING AREA.

**Highest and Best Use**
HIGHEST AND BEST USE: THE CURRENT IMPROVEMENTS ARE REASONABLY TYPICAL AND COMPATIBLE WITH MARKET DEMAND FOR THE NEIGHBORHOOD, AND THE PRESENT IMPROVEMENTS MAKE THE VALUE OF THE PROPERTY GREATER THAN IF THE SITE WERE VACANT.

**Condition of the Property**
CONTINUED FROM CONDITION OF THE PROPERTY: WOOD ON THE INTERIOR. THE FRENCH DOORS ALSO APPEAR TO BE LEAKING WITH RESULTING DETERIORATING WOOD ON THE INTERIOR. THERE ARE SEVERAL AREAS OF THE INTERIOR WHERE WALLS AND CEILINGS APPEAR TO HAVE BEEN PARTIALLY PAINTED. THE CEILING OF THE OWNER'S BEDROOM APPEARS TO ALSO BE LEAKING / HAS LEAKED IN THE PAST AS NOTED BY A CRACK AND RESULTING STAINING ON THE CARPET ALONG THE CEILING LINE ABOVE. OFTEN MOLD WITHIN THE CEILING / WALLS IS THE RESULT OF UNREPAIRED LEAKS AND THE APPRAISER MAKES THE EXTRAORDINARY ASSUMPTION THAT THE SUBJECT IS FREE OF MOLD. IF THIS EXTRAORDINARY ASSUMPTION IS FOUND TO BE INCORRECT, A SUBSTANTIAL ADVERSE AFFECT ON MARKET VALUE MAY RESULT. AN ENVIRONMENTAL INSPECTION IS RECOMMENDED DUE TO THE PAST LEAKS. A PEST INSPECTION IS RECOMMENDED AS THERE WAS EVIDENCE OF INFESTATION (SEE PHOTOS). A ROOF INSPECTION IS RECOMMENDED DUE TO THE EVIDENCE OF PAST LEAKS. A STRUCTURAL INSPECTION IS RECOMMENDED DUE TO THE SETTLEMENT NOTED ON THE CONCRETE PATIO (SEE PHOTOS).

**Physical Deficiencies or Adverse Conditions**
CARPET THROUGHOUT THE SUBJECT DWELLING IS STAINED AND IN NEED OF REPLACEMENT. SEVERAL WINDOWS APPEAR TO BE LEAKING / HAVE LEAKED IN THE PAST WHICH RESULTED IN DETERIORATING WOOD ON THE INTERIOR. THE FRENCH DOORS ALSO APPEAR TO BE LEAKING WITH RESULTING DETERIORATING WOOD ON THE INTERIOR. THERE ARE SEVERAL AREAS OF THE INTERIOR WHERE WALLS AND CEILINGS APPEAR TO HAVE BEEN PARTIALLY PAINTED. THE CEILING OF THE OWNER'S BEDROOM APPEARS TO ALSO BE LEAKING / HAS LEAKED IN THE PAST AS NOTED BY A CRACK AND RESULTING STAINING ON THE CARPET ALONG THE CEILING LINE ABOVE. OFTEN MOLD WITHIN THE CEILING / WALLS IS THE RESULT OF UNREPAIRED LEAKS AND THE APPRAISER MAKES THE EXTRAORDINARY ASSUMPTION THAT THE SUBJECT IS FREE OF MOLD. IF THIS EXTRAORDINARY ASSUMPTION IS FOUND TO BE INCORRECT, A SUBSTANTIAL ADVERSE AFFECT ON MARKET VALUE MAY RESULT. AN ENVIRONMENTAL INSPECTION IS RECOMMENDED DUE TO THE PAST LEAKS. A PEST INSPECTION IS RECOMMENDED AS THERE WAS EVIDENCE OF INFESTATION (SEE PHOTOS). A ROOF INSPECTION IS RECOMMENDED DUE TO THE EVIDENCE OF PAST LEAKS. A STRUCTURAL INSPECTION IS RECOMMENDED DUE TO THE SETTLEMENT NOTED ON THE CONCRETE PATIO.

Form data: GLA Adjustment Factor
60

**Comments on Sales Comparison**
UNLESS INDICATED AS "APPRAISERS FILES", INFORMATION ON COMPARABLE SALES WAS COMPILED BASED ONLY UPON AN EXTERIOR INSPECTION AND INFORMATION AVAILABLE FROM MULTIPLE LISTING SERVICE RECORDS, DEED RECORDS, ETC. THE INFORMATION IS ASSUMED TO BE ACCURATE.

COMPARABLES REFLECTING DEPARTURE FROM CUSTOMARY FNMA TIME AND DISTANCE PARAMETERS WERE NECESSITATED BY THE INFREQUENCY OF SALES IN THE IMMEDIATE AREA AND PRICE RANGE. ANY SALE OVER SIX MONTHS AND/OR MORE THAN ONE MILE DISTANT WERE USED ONLY IF THEY PROVIDED A MORE MEANINGFUL COMPARISON THAN MORE RECENT AND/OR CLOSER TRANSACTIONS. IN ADDITION, SALES OVER 6 MONTHS WERE USED ONLY IN STABLE MARKETS WHERE NO TIME ADJUSTMENT IS WARRANTED.

COMPARABLE SALES #1 AND #3 ARE MORE THAN SIX MONTHS OLD. HOWEVER, THESE SALES ARE CONSIDERED AMONG THE BEST AVAILABLE FOR COMPARISON DUE TO THEIR CLOSE PROXIMITY AND SIMILAR PHYSICAL CHARACTERISTICS. NO TIME ADJUSTMENT WAS WARRANTED DUE TO THE STABLE NATURE OF THIS MARKET.

A LOCATION ADJUSTMENT WAS MADE TO COMPARABLE #2 DUE TO THE COMPARABLE BEING ADJACENT TO A STREET WITH GREATER TRAFFIC FLOW (TO THE SIDE).

WHILE THERE IS A VARIATION IN LOT SIZE BETWEEN THE SUBJECT AND COMPARABLES #1, #3, AND #4, THERE WAS NO ADJUSTMENT MADE AS ALL PROPERTIES REPRESENT SINGLE BUILDING SITES WITH NO MEASURABLE DOLLAR DIFFERENCE. (COMPARABLE OVERALL UTILITY.) COMPARABLE #2 OFFERS A MUCH LARGER SITE WITH THE ADJUSTMENT BEING BASED ON THE OVERALL VALUE OF THE SITE AND NOT JUST ON A PER ACRE BASIS.

THE SUBJECT IS LOCATED IN AN AREA WHERE HOMES VARY IN STYLE AND DESIGN. THIS BLEND OF DIFFERENT ARCHITECTURAL STYLES LENDS A FAVORABLE NEIGHBORHOOD APPEARANCE WHILE AVOIDING MONOTONY IN DESIGN. ALL HOMES BENEFIT FROM THIS, HOWEVER, THIS MIXTURE OF DESIGNS MAKE IT DIFFICULT TO FIND COMPARABLES WITH THE SAME DESIGN CHARACTERISTICS AS THE SUBJECT. THEREFORE, IT WAS NECESSARY TO UTILIZE TWO 2 STORY STYLE COMPARABLES FOR COMPARISON TO THE SUBJECT'S 2.5 STORY STYLE. THESE COMPARABLES WILL GENERALLY APPEAL TO THE SAME MARKET.

THE QUALITY OF CONSTRUCTION ADJUSTMENT REFLECTS THE MARKET VALUE DIFFERENCE ATTRIBUTABLE TO VARIOUS UPGRADES IN ITEMS SUCH AS KITCHEN AND BATHS, FLOOR COVERINGS, TRIM WORK, CABINETRY, ARCHITECTURAL DETAILING AND CRAFTSMANSHIP. COMPARABLE #2 OFFERS GRANITE COUNTER TOPS, DECORATIVE CEILINGS, CUSTOM CABINETRY, WET BAR  IN OFFICE WITH JUDGES PANELING, HEATED OWNER'S BATH FLOORS, BUILT-INS, AND WET BAR IN THE FINISHED BASEMENT.

NO ADJUSTMENT FOR EXTERIOR CONSTRUCTION WAS MADE DUE TO THE FACT THAT THE EXTERIORS OF THE SUBJECT AND COMPARABLES ARE LOW MAINTENANCE AND HAVE SIMILAR MARKET APPEAL IN THIS MARKETING AREA AND PRICE RANGE.

***CONTINUED ON NEXT PAGE***

| Borrower/Client | Angela Mammarelli Simone | | | | |
|---|---|---|---|---|---|
| Property Address | 1030 Meridian Drive | | | | |
| City | Presto | County | Allegheny | State PA | Zip Code 15142 |
| Lender | JPMorgan Chase | | | | |

NO ADJUSTMENT FOR AGE WAS TAKEN DUE TO THE FACT THAT THE EFFECTIVE AGES OF THE SUBJECT AND COMPARABLES WERE CONSIDERED SIMILAR.

THE CONDITION ADJUSTMENT FOR ALL COMPARABLE SALES REFLECT THE MARKET VALUE DIFFERENCE ATTRIBUTABLE TO THE INFERIOR CONDITION OF THE SUBJECT INCLUDING KITCHEN AND BATHS, AS WELL AS THE DEFERRED MAINTENANCE AND NEEDED REPAIR ITEMS (NOTED ON PAGE 1 AND THE COMMENTS ADDENDUM). THERE WERE NO PROPERTIES WITHIN THE SUBJECT MARKET THAT OFFERED SIMILAR CONDITION / SIMILAR NEEDED REPAIRS AS THIS IS NOT A COMMON CONDITION WITHIN THE SUBJECT NEIGHBORHOOD.

ADJUSTMENTS HAVE BEEN CONSIDERED ON A SQUARE FOOT RATHER THAN ON A PER ROOM BASIS. SQUARE FOOT ADJUSTMENTS, THEREFORE, ARE BASED ON $60.00 PER SQUARE FOOT OF ABOVE GRADE LIVING SPACE.

DUE TO THE LIMITED SALES ACTIVITY (AND NATURE OF THE SUBJECT), IT WAS NECESSARY TO UTILIZE DISSIMILAR PROPERTIES AND ADJUST FOR THE DIFFERENCES. THERE WERE NO PROPERTIES WITHIN THE SUBJECT MARKET THAT OFFERED SIMILAR CONDITION / SIMILAR NEEDED REPAIRS. THIS RESULTED IN SINGLE-LINE ADJUSTMENTS IN EXCESS OF 10% FOR COMPARABLE #1 AND COMPARABLE #3 UNDER GLA, NET ADJUSTMENTS IN EXCESS OF 15% FOR COMPARABLES #1 AND #2, AND GROSS ADJUSTMENTS IN EXCESS OF 25% FOR COMPARABLES #1 AND #3. THESE ADJUSTMENTS ARE OUTSIDE OF THE RECOMMENDED FNMA GUIDELINES, HOWEVER, ARE WARRANTED IN THIS REPORT. THE COMPARABLES ARE CONSIDERED THE BEST AVAILABLE, ARE REFLECTIVE OF MARKET ACTIONS FOR THE SUBJECT MARKETING AREA AND, AFTER ADJUSTMENTS, ARE INDICATIVE OF MARKET VALUE FOR THE SUBJECT PROPERTY.

ALL SALES ARE CLOSED AND DATA IS BELIEVED RELIABLE. INDICATED SQUARE FOOT AREAS OF COMPARABLE HOMES HAVE BEEN APPROXIMATED UNLESS OTHERWISE INDICATED. THE MOST RECENT, CLOSELY LOCATED SALES WERE CONSIDERED AND THEIR DEGREE OF COMPARABILITY TO THE SUBJECT EVALUATED. COMPARABLES WERE WEIGHTED SIMILARLY DUE TO ALL OFFERING SIMILAR OVERALL COMPARABILITY TO THE SUBJECT.

THE COMPARABLE PHOTOGRAPHS ARE ORIGINAL PHOTOGRAPHS TAKEN BY THE APPRAISER AT EITHER THE TIME OF THE INSPECTION DATE OF THE APPRAISAL REPORT OR SHORTLY AFTER THE CLOSING DATE OF THE COMPARABLES (WHICH REPRESENT S A MORE ACCURATE PICTURE OF THE EXTERIOR OF THE COMPARABLE AT THE TIME OF ITS SALE) FOR OTHER APPRAISAL REPORTS COMPLETED BY THE APPRAISER.

Final Reconciliation
THE APPRAISER IDENTIFIED THE SUBJECT PROPERTY BY SEARCHING THE ALLEGHENY COUNTY ASSESSMENT OFFICE WEB SITE RECORDS BY THE STREET ADDRESS AND/OR OWNERS NAME. THE APPRAISER HAS ATTACHED BOTH A  TAX MAP OF THE SUBJECT SITE AS WELL AS THE GENERAL INFORMATION PAGE FOR THE SUBJECT PROPERTY AVAILABLE WITHIN THE ALLEGHENY COUNTY ASSESSMENT OFFICE WEB SITE RECORDS.  A FULL LEGAL DESCRIPTION OF THE SUBJECT PROPERTY WAS NOT READILY AVAILABLE TO THE APPRAISER FROM THE DATA SOURCES AVAILABLE AND THE CLIENT DID NOT PROVIDE (UNLESS OTHERWISE NOTED) THE APPRAISER WITH THIS INFORMATION.

THE CONDITION INDICATORS CHOSEN  BY THE APPRAISER FOR THE COMPARABLES IS BASED ON ANALYSIS OF INFORMATION AVAILABLE WITHIN THE WEST PENN MULTI-LIST SERVICE (INCLUDING COMMENTS BY THE LISTING AGENTS IN REGARDS TO RECENT IMPROVEMENTS AS WELL AS OBSERVING INTERIOR PHOTOGRAPHS WHEN AVAILABLE).

AT THE REQUEST OF THE CLIENT, THIS APPRAISAL REPORT HAS BEEN PREPARED IN COMPLIANCE WITH THE UNIFORM APPRAISAL DATASET (UAD) FROM FANNIE MAE AND FREDDIE MAC.  THE UAD REQUIRES THE APPRAISER TO USE STANDARDIZED RESPONSES THAT INCLUDE SPECIFIC FORMATS DEFINITIONS, ABBREVIATIONS, AND ACRONYMS.

THE APPRAISER ATTEMPTED TO OBTAIN AN ADEQUATE AMOUNT OF INFORMATION IN THE NORMAL COURSE OF BUSINESS REGARDING THE SUBJECT AND COMPARABLE PROPERTIES.  SOME OF THE STANDARDIZED RESPONSES REQUIRED BY THE UAD, ESPECIALLY THOSE IN WHICH THE APPRAISER HAS NOT HAD THE OPPORTUNITY TO VERIFY PERSONALLY OR MEASURE, COULD MISTAKENLY IMPLY GREATER PRECISION AND RELIABILITY IN THE DATA THAN IS FACTUALLY CORRECT OR TYPICAL IN THE NORMAL COURSE OF BUSINESS.  EXAMPLES INCLUDE CONDITION AND QUALITY RATINGS AS WELL AS COMPARABLE SALES AND LISTING DATA.  NOT EVERY ELEMENT OF THE SUBJECT WAS VIEWABLE AND COMPARABLE PROPERTY DATA WAS GENERALLY OBTAINED FROM THIRD-PARTY SOURCES (WEST PENN MULTI-LIST SERVICE AS WELL AS COUNTY ASSESSMENT OFFICE WEB SITE RECORDS). CONSEQUENTLY, THIS INFORMATION SHOULD BE CONSIDERED AS "ESTIMATE" UNLESS OTHERWISE NOTED BY THE APPRAISER.

I HAVE PERFORMED NO SERVICES, AS AN APPRAISER OR IN ANY OTHER CAPACITY, REGARDING THE PROPERTY THAT IS THE SUBJECT OF THIS REPORT WITHIN THE THREE-YEAR PERIOD IMMEDIATELY PRECEDING ACCEPTANCE OF THIS ASSIGNMENT.

THE SIGNATURES USED WITHIN THIS APPRAISAL REPORT ARE COMPUTER GENERATED ORIGINAL SIGNATURES WHICH ARE PASS WORD PROTECTED.

THE PURPOSE OF THIS APPRAISAL IS TO ESTIMATE THE MARKET VALUE OF THE SUBJECT PROPERTY, IN FEE SIMPLE, AS OF 10/13/2019, THE DAY THE PROPERTY WAS INSPECTED AND PHOTOGRAPHED.

MY ANALYSIS INCLUDED AN INSPECTION OF THE SUBJECT PROPERTY, A REVIEW AND ANALYSIS OF NEIGHBORHOOD, AREA AND RESIDENTIAL DEMAND CHARACTERISTICS.  A HIGHEST AND BEST USE ANALYSIS WAS COMPLETED.

THE APPRAISER HAS PERFORMED THIS APPRAISAL IN AN UNBIASED MANNER, BASED ON CURRENT MARKET CONDITIONS AND WITHOUT UNDUE INFLUENCE. PERSONAL PROPERTY HAS BEEN GIVEN NO VALUE IN THIS REPORT.

SINGLE FAMILY HOMES IN THIS AREA ARE NOT TYPICALLY PURCHASED FOR THEIR INCOME STREAM.  THEREFORE, THE INCOME APPROACH WAS DEEMED NOT APPLICABLE.  THE COST APPROACH IS SUBJECT TO RAPIDLY CHANGING CONSTRUCTION EXPENSES AND REQUIRES ESTIMATES BY THE APPRAISER FOR ACCRUED DEPRECIATION WHICH ARE DIFFICULT TO EXTRACT FROM THE MARKET AND IS NOT UTILIZED.  THE MARKET APPROACH IS GIVEN FULL WEIGHT AS IT IS BEST SUPPORTED AND BEST ILLUSTRATES CURRENT MARKET CONDITIONS.

Conditions of Appraisal
THE APPRAISER NOTED ALL CONDITIONS THAT WERE OBSERVED AT THE TIME OF THE INSPECTION.  THE APPRAISER MAKES THE EXTRAORDINARY ASSUMPTION THAT THE SUBJECT PROPERTY HAS NO UNKNOWN / ADVERSE CONDITIONS THAT WERE UNDISCLOSED TO THE APPRAISER OR OF WHICH THE APPRAISER WAS UNAWARE.  THE APPRAISER ALSO RECOMMENDS ROOF, PEST, STRUCTURAL. AND ENVIRONMENTAL INSPECTIONS AND MAKES THE EXTRAORDINARY ASSUMPTION THAT ADVERSE CONDITIONS DO NOT EXIST BEYOND THE SURFACE ISSUES OBSERVED THROUGHOUT THE SUBJECT PROPERTY.

Form data: Economic Age Basis
75

Form data: Indicated Value by Cost Approach: Desc.
ROUNDED

***CONTINUED ON NEXT PAGE***

| Borrower/Client | Angela Mammarelli Simone | | | | |
|---|---|---|---|---|---|
| Property Address | 1030 Meridian Drive | | | | |
| City | Presto | County | Allegheny | State PA | Zip Code 15142 |
| Lender | JPMorgan Chase | | | | |

Form data: Appraiser: Other
PA State Certified Residential Appraiser

Ending Addendum
THE SUBJECT GLA DIFFERS FROM WHAT IS NOTED IN ASSESSMENT RECORDS.  THIS APPEARS TO BE DUE PRIMARILY TO THE 3RD FLOOR NOT BEING INCLUDED IN THE COUNTY'S GLA. THE APPRAISER MEASURED THE DWELLING AT THE TIME OF THE INSPECTION AND THOSE MEASUREMENTS WERE USED TO CALCULATE GLA.

THERE ARE NO OTHER SALES WITHIN THE SUBJECT MARKET THAT ARE SIMILAR TO THE SUBJECT IN GLA AND LOCATION THAT OFFER SIMILAR C5 CONDITION. THEREFORE, AN ACROSS THE BOARD ADJUSTMENT WAS UNAVOIDABLE.  THE APPRAISER SEARCHED THE LAST 4 YEARS OF SALES FOR A COMPARABLE THAT WAS SIMILAR IN OVERALL CONDITION AND NONE WERE FOUND.  THE CONDITION ADJUSTMENT WAS BASED ON THE APPRAISER'S ESTIMATE OF THE COST TO CURE THE DEFERRED MAINTENANCE ITEMS NOTED IN THE REPORT SO AS TO BRING THE SUBJECT PROPERTY UP TO A C4 CONDITION RATING.  THESE ITEMS INCLUDE THE CARPET THROUGHOUT THE DWELLING, WINDOWS, FRENCH DOORS, SOME DRYWALL WORK, WOOD TRIM WORK, INTERIOR PAINTING, AND GUTTER AND DOWNSPOUT WORK. NO COST ESTIMATES OR WORK ORDERS WERE PROVIDED TO THE APPRAISER. AS SUCH, IF UNDISCLOSED CONDITIONS ARE PRESENT, THIS ESTIMATE MAY BE INACCURATE AND THE VALUE ESTIMATE IMPACTED.

THE LIVING AREA FOR COMPARABLE #2 DIFFERS FROM COUNTY RECORDS AS IT APPEARS AREA WAS INCLUDED IN THE COUNTY RECORDS THAT WAS ACTUALLY OPEN SPACE / VAULTED 1ST FLOOR CEILINGS. THIS AREA WAS TAKEN OUT OF THE GLA TO ESTIMATE THE ACTUAL LIVING AREA FOR THE APPRAISAL REPORT.

350 WILLIAMSBURG COURT WAS NOT CONSIDERED A COMPARABLE SALE DUE TO IT BEING A PATIO HOME AND SEMI-DETACHED.  IT DOES NOT OFFER A BASEMENT AND APPEALS TO A DIFFERENT MARKET THAN THE SUBJECT PROPERTY.

# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### *(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)*

## Condition Ratings and Definitions

### C1
The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

*Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).*

### C2
The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category either are almost new or have been recently completely renovated and are similar in condition to new construction.

*Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.*

### C3
The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

*Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.*

### C4
The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

*Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.*

### C5
The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

*Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.*

### C6
The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

*Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.*

## Quality Ratings and Definitions

### Q1
Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

### Q2
Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

### Q3
Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

### Q4
Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

### Q5
Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

### Q6
Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure.

## Definitions of Not Updated, Updated, and Remodeled

### Not Updated
**Little or no updating or modernization. This description includes, but is not limited to, new homes.**
Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical /functional deterioration.

### Updated
**The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.**
An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure .

### Remodeled
**Significant finish and/or structural  changes have been made that increase utility and appeal through complete replacement and/ or expansion.**
A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

## Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases.  Quarter baths (baths that feature only a toilet) are not included in the bathroom count.  The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.
Example:
3.2 indicates three full baths and two half baths.

AI Ready

Abbreviations Used in a UAD Standardized Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-In Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-Rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA –Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area,Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# USPAP ADDENDUM

File No. ▮▮▮▮

| | |
|---|---|
| Borrower | Angela Mammarelli Simone |
| Property Address | 1030 Meridian Drive |
| City Presto | County Allegheny   State PA   Zip Code 15142 |
| Lender | JPMorgan Chase |

## This report was prepared under the following USPAP reporting option:

[X] **Appraisal Report**   This report was prepared in accordance with USPAP Standards Rule 2-2(a).

[ ] **Restricted Appraisal Report**   This report was prepared in accordance with USPAP Standards Rule 2-2(b).

## Reasonable Exposure Time

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is: _____

A reasonable marketing time for the subject property is 90-120 days(s) utilizing market conditions pertinent to the appraisal assignment.
A reasonable exposure timne for the subject property is 90-120 days(s).

## Additional Certifications

I certify that, to the best of my knowledge and belief:

[X] I have **NOT** performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

[ ] I **HAVE** performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.  Those services are described in the comments below.

I certify that to the best of my knowledge and belief:
. The statements of fact contained in this report are true and correct.
. The report analyses, opinions, and conclusions are limited only by the reported assumptions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
. I have no (or the specified) present or prospective interest in the property that is the subject of this report and no (or specified) personal interest with respect to the parties involved.
. I have no bias with respect to the property or the parties involved with this assignment.
. My engagement in this assignment was not contingent upon developing or reporting predetermined results.
. My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
. My analyses, opinions, and conclusions were developed and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
. This appraisal report was prepared in accordance with the requirements of Title XI of FIRREA and any implementing regulations.

## Additional Comments

I HAVE made a personal inspection of the property that is the subject of this report.

**APPRAISER:**

Signature: *Patricia W. Rothey*
Name:  Patricia W Rothey Cert Res RE Appraiser
Date Signed:  10/15/2019
State Certification #:  RL000444L
or State License #: _____
or Other (describe) _____ State # _____
State:  PA
Expiration Date of Certification or License:  06/30/2021
Effective Date of Appraisal:  10/13/2019

**SUPERVISORY APPRAISER: (only if required)**

Signature: _____
Name: _____
Date Signed: _____
State Certification #: _____
or State License #: _____
State: _____
Expiration Date of Certification or License: _____
Supervisory Appraiser Inspection of Subject Property:
[ ] Did Not   [ ] Exterior-only from Street   [ ] Interior and Exterior

USPAP 2014                                          AI Ready

## Market Conditions Addendum to the Appraisal Report

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 1030 Meridian Drive | City | Presto | State | PA | ZIP Code | 15142 |
|---|---|---|---|---|---|---|---|
| Borrower | Angela Mammarelli Simone | | | | | | |

Instructions: The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form.  The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below.  If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation.  It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis.  If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average.  Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property.  The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

<table>
<tr><td><b>Inventory Analysis</b></td><td><b>Prior 7–12 Months</b></td><td><b>Prior 4–6 Months</b></td><td><b>Current – 3 Months</b></td><td colspan="3"><b>Overall Trend</b></td></tr>
<tr><td>Total # of Comparable Sales (Settled)</td><td>8</td><td>6</td><td>3</td><td>☐ Increasing</td><td>☒ Stable</td><td>☐ Declining</td></tr>
<tr><td>Absorption Rate (Total Sales/Months)</td><td>1.33</td><td>2.00</td><td>1.00</td><td>☐ Increasing</td><td>☒ Stable</td><td>☐ Declining</td></tr>
<tr><td>Total # of Comparable Active Listings</td><td>N/A</td><td>N/A</td><td>18</td><td>☐ Declining</td><td>☐ Stable</td><td>☐ Increasing</td></tr>
<tr><td>Months of Housing Supply (Total Listings/Ab.Rate)</td><td>N/A</td><td>N/A</td><td>18.00</td><td>☐ Declining</td><td>☐ Stable</td><td>☐ Increasing</td></tr>
<tr><td><b>Median Sale & List Price, DOM, Sale/List %</b></td><td><b>Prior 7–12 Months</b></td><td><b>Prior 4–6 Months</b></td><td><b>Current – 3 Months</b></td><td colspan="3"><b>Overall Trend</b></td></tr>
<tr><td>Median Comparable Sale Price</td><td>551000</td><td>637000</td><td>467500</td><td>☐ Increasing</td><td>☒ Stable</td><td>☐ Declining</td></tr>
<tr><td>Median Comparable Sales Days on Market</td><td>39</td><td>48</td><td>114</td><td>☐ Declining</td><td>☒ Stable</td><td>☐ Increasing</td></tr>
<tr><td>Median Comparable List Price</td><td>N/A</td><td>N/A</td><td>644000</td><td>☐ Increasing</td><td>☐ Stable</td><td>☒ Declining</td></tr>
<tr><td>Median Comparable Listings Days on Market</td><td>N/A</td><td>N/A</td><td>100</td><td>☐ Declining</td><td>☐ Stable</td><td>☐ Increasing</td></tr>
<tr><td>Median Sale Price as % of List Price</td><td>96.30</td><td>92.95</td><td>95.60</td><td>☐ Increasing</td><td>☒ Stable</td><td>☐ Declining</td></tr>
<tr><td colspan="7">Seller-(developer, builder, etc.) paid financial assistance prevalent?   ☐ Yes  ☒ No</td></tr>
</table>

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).

The West Penn Multi-List service was used for the data source for information gathering in regards to answering questions presented on this form. West Penn MLS does not provide an area where it is mandatory for the real estate agents to indicate if seller concessions were involved in a sale transaction. The appraiser is unaware of an increase in seller concessions based on conversations with agents within the subject's marketing area.

Are foreclosure sales (REO sales) a factor in the market?   ☐ Yes  ☒ No  If yes, explain (including the trends in listings and sales of foreclosed properties).

Cite data sources for above information.

The information provided above was obtained from the West Penn MLS service.  The months of housing supply is calculated on a current basis as the 4-6 month and 7-12 month active listing history is unobtainable within the data source noted.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.

The overall trend box for "total # of comparable active listing" is left blank because this information cannot be obtained from the West Penn MLS service. The boxes are also left blank in the "median comparable list price" and "median comparable listings days on market" as this data can only be supplied as a whole and not broken down into the time periods indicated in the form. The months of housing supply number indicated is calculated by the total number of current listings divided by the yearly absorption rate. The subject's marketing area appears to be stable in regards to value and supply/demand. Typically within the subject's marketing area, sales decrease between November and February as supported by the chart above.

If the subject is a unit in a condominium or cooperative project, complete the following:          Project Name:

<table>
<tr><td><b>Subject Project Data</b></td><td><b>Prior 7–12 Months</b></td><td><b>Prior 4–6 Months</b></td><td><b>Current – 3 Months</b></td><td colspan="3"><b>Overall Trend</b></td></tr>
<tr><td>Total # of Comparable Sales (Settled)</td><td></td><td></td><td></td><td>☐ Increasing</td><td>☐ Stable</td><td>☐ Declining</td></tr>
<tr><td>Absorption Rate (Total Sales/Months)</td><td></td><td></td><td></td><td>☐ Increasing</td><td>☐ Stable</td><td>☐ Declining</td></tr>
<tr><td>Total # of Active Comparable Listings</td><td></td><td></td><td></td><td>☐ Declining</td><td>☐ Stable</td><td>☐ Increasing</td></tr>
<tr><td>Months of Unit Supply (Total Listings/Ab. Rate)</td><td></td><td></td><td></td><td>☐ Declining</td><td>☐ Stable</td><td>☐ Increasing</td></tr>
</table>

Are foreclosure sales (REO sales) a factor in the project?   ☐ Yes  ☐ No  If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| | |
|---|---|
| Signature | Signature |
| Appraiser Name  Patricia W Rothey Cert Res RE Appraiser | Supervisory Appraiser Name |
| Company Name  N/A | Company Name |
| Company Address  322 Dutch Lane Pittsburgh, PA 15236 | Company Address |
| State License/Certification #  RL000444L  State  PA | State License/Certification #  State |
| Email Address  prothey114@comcast.net | Email Address |

SUBJECT PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower/Client | Angela Mammarelli Simone |
| Property Address | 1030 Meridian Drive |
| City Presto | County Allegheny State PA Zip Code 15142 |
| Lender | JPMorgan Chase |



**FRONT OF SUBJECT PROPERTY**

Appraised Date: October 13, 2019

Appraised Value: $630000



**REAR OF SUBJECT PROPERTY**

**STREET SCENE**

ADDITIONAL PHOTOGRAPH ADDENDUM                                        File #

| | |
|---|---|
| Borrower/Client | Angela Mammarelli Simone |
| Property Address | 1030 Meridian Drive |
| City Presto | County Allegheny    State PA    Zip Code 15142 |
| Lender | JPMorgan Chase |



kitchen



additional view of kitchen
(missing microwave)



additional view of kitchen

| Borrower/Client | Angela Mammarelli Simone | | | | |
| --- | --- | --- | --- | --- | --- |
| Property Address | 1030 Meridian Drive | | | | |
| City | Presto | County | Allegheny | State | PA | Zip Code | 15142 |
| Lender | JPMorgan Chase | | | | |



living room



dining room

den

| | |
|---|---|
| Borrower/Client | Angela Mammarelli Simone |
| Property Address | 1030 Meridian Drive |
| City | Presto |
| County | Allegheny |
| State | PA |
| Zip Code | 15142 |
| Lender | JPMorgan Chase |



foyer



family room



laundry 1st floor

ADDITIONAL PHOTOGRAPH ADDENDUM    File # ▓▓▓▓▓▓

| Borrower/Client | Angela Mammarelli Simone | | | | |
|---|---|---|---|---|---|
| Property Address | 1030 Meridian Drive | | | | |
| City | Presto | County | Allegheny | State | PA | Zip Code | 15142 |
| Lender | JPMorgan Chase | | | | |



bath 1st floor



additional view of bath 1st floor



3 car attached garage

| Borrower/Client | Angela Mammarelli Simone | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1030 Meridian Drive | | | | | |
| City | Presto | County | Allegheny | State | PA | Zip Code 15142 |
| Lender | JPMorgan Chase | | | | | |



bedroom



jack and jill bath



additional view of jack and jill bath

| Borrower/Client | Angela Mammarelli Simone |
|---|---|
| Property Address | 1030 Meridian Drive |

| City | Presto | County | Allegheny | State | PA | Zip Code | 15142 |
|---|---|---|---|---|---|---|---|

| Lender | JPMorgan Chase |
|---|---|



additional 1/2 bath in jack and jill bath



bedroom



bedroom

| Borrower/Client | Angela Mammarelli Simone | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1030 Meridian Drive | | | | | |
| City | Presto | County | Allegheny | State | PA | Zip Code 15142 |
| Lender | JPMorgan Chase | | | | | |



bedroom



hall bath

additional view of hall bath

ADDITIONAL PHOTOGRAPH ADDENDUM

| Borrower/Client | Angela Mammarelli Simone | | | | |
|---|---|---|---|---|---|
| Property Address | 1030 Meridian Drive | | | | |
| City | Presto | County | Allegheny | State PA | Zip Code 15142 |
| Lender | JPMorgan Chase | | | | |



owner's bedroom



owner's bath



additional view of owner's bath

| Borrower/Client | Angela Mammarelli Simone | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1030 Meridian Drive | | | | | |
| City | Presto | County | Allegheny | State | PA | Zip Code 15142 |
| Lender | JPMorgan Chase | | | | | |



3rd floor loft



furnace



2nd furnace

ADDITIONAL PHOTOGRAPH ADDENDUM    File # ▐▇▇▇

| | |
|---|---|
| Borrower/Client | Angela Mammarelli Simone |
| Property Address | 1030 Meridian Drive |
| City Presto | County Allegheny State PA Zip Code 15142 |
| Lender | JPMorgan Chase |



hot water heater



electrical panel



unfinished basement

| Borrower/Client | Angela Mammarelli Simone | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1030 Meridian Drive | | | | | |
| City | Presto | County | Allegheny | State | PA | Zip Code | 15142 |
| Lender | JPMorgan Chase | | | | | |



deteriorating french door to deck from family room



deteriorating french door to deck from family room (possible subfloor damage)

leaking windows

| | |
|---|---|
| Borrower/Client | Angela Mammarelli Simone |
| Property Address | 1030 Meridian Drive |
| City | Presto |
| County | Allegheny |
| State | PA |
| Zip Code | 15142 |
| Lender | JPMorgan Chase |



exterior of leaking windows



leaking french doors

stained carpet throughout

| Borrower/Client | Angela Mammarelli Simone | | | | |
|---|---|---|---|---|---|
| Property Address | 1030 Meridian Drive | | | | |
| City | Presto | County | Allegheny | State | PA | Zip Code | 15142 |
| Lender | JPMorgan Chase | | | | |



additional view of family room showing
deteriorating french doors



ceiling damage (possible roof leak)



area under ceiling damage

ADDITIONAL PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower/Client | Angela Mammarelli Simone |
| Property Address | 1030 Meridian Drive |

| City | Presto | County | Allegheny | State | PA | Zip Code | 15142 |
|---|---|---|---|---|---|---|---|

| Lender | JPMorgan Chase |
|---|---|



possible need for exterminating (seen throughout owner's bedroom, bath & loft)



additional view of owner's bedroom into owner's bath



possible chimney work needed

| Borrower/Client | Angela Mammarelli Simone | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1030 Meridian Drive | | | | | |
| City | Presto | County | Allegheny | State | PA | Zip Code | 15142 |
| Lender | JPMorgan Chase | | | | | |



detached downspouts



settlement cracks rear patio

additional front view

ADDITIONAL PHOTOGRAPH ADDENDUM    File # ▮▮▮▮

| Borrower/Client | Angela Mammarelli Simone |
| Property Address | 1030 Meridian Drive |
| City | Presto | County | Allegheny | State | PA | Zip Code | 15142 |
| Lender | JPMorgan Chase |

This image is intentionally blank

COMPARABLES PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower/Client | Angela Mammarelli Simone |
| Property Address | 1030 Meridian Drive |
| City Presto | County Allegheny    State PA    Zip Code 15142 |
| Lender | JPMorgan Chase |



### Comparable Sale 1

5000 Carnoustie Drive

Presto                    PA        15142

Date of Sale:   s03/19;c02/19
Sale Price:      552000
Sq. Ft.:         3162
$  / Sq. Ft.:    174.57



### Comparable Sale 2

8070 Sherwood Drive

Presto                    PA        15142

Date of Sale:   s04/19;c03/19
Sale Price:      960000
Sq. Ft.:         5308
$  / Sq. Ft.:    180.86



### Comparable Sale 3

7041 Pinehurst Drive

Presto                    PA        15142

Date of Sale:   s03/19;c01/19
Sale Price:      550000
Sq. Ft.:         3346
$  / Sq. Ft.:    164.38

COMPARABLES PHOTOGRAPH ADDENDUM

| Borrower/Client | Angela Mammarelli Simone | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1030 Meridian Drive | | | | | |
| City | Presto | County | Allegheny | State | PA | Zip Code | 15142 |
| Lender | JPMorgan Chase | | | | | |



**Comparable Sale 4**

1170 Saint Mellion Drive

Presto                    PA      15142

| | |
|---|---|
| Date of Sale: | Active |
| Sale Price: | 632500 |
| Sq. Ft.: | 3154 |
| $ / Sq. Ft.: | 200.54 |

**Comparable Sale 5**

| | |
|---|---|
| Date of Sale: | |
| Sale Price: | |
| Sq. Ft.: | |
| $ / Sq. Ft.: | |

**Comparable Sale 6**

This image is intentionally blank

| | |
|---|---|
| Date of Sale: | |
| Sale Price: | |
| Sq. Ft.: | |
| $ / Sq. Ft.: | |

LOCATION MAP ADDENDUM

| | |
|---|---|
| Borrower/Client | Angela Mammarelli Simone |
| Property Address | 1030 Meridian Drive |
| City | Presto |
| County | Allegheny |
| State | PA |
| Zip Code | 15142 |
| Lender | JPMorgan Chase |



Comparable Sale 1
5000 Carnoustie Drive
Presto, PA 15142
0.51 miles NE

Comparable Sale 3
7041 Pinehurst Drive
Presto, PA 15142
0.38 miles NW

Subject
1030 Meridian Drive
Presto, PA 15142

Comparable Sale 2
8070 Sherwood Drive
Presto, PA 15142
0.62 miles NE

Comparable Sale 4
1170 Saint Mellion Drive
Presto, PA 15142
0.69 miles SE

| Borrower/Client | Angela Mammarelli Simone | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1030 Meridian Drive | | | | | |
| City | Presto | County | Allegheny | State | PA | Zip Code | 15142 |
| Lender | JPMorgan Chase | | | | | |

**Sketch**



30 ft

| Living Area | | Area Calculation | | | | |
|---|---|---|---|---|---|---|
| First Floor | 2167 ft² | **First Floor** | | | | **x 1.00 = 2167 ft²** |
| Second Floor | 2617 ft² ☐ | 6ft x | 16ft x | 1.00 = | 96 ft² |
| Second Floor | -266 ft² ☐ | 39ft x | 49ft x | 1.00 = | 1911 ft² |
| Second Floor | -182.00 ft² ☐ | 3ft x | 17ft x | 1.00 = | 51 ft² |
| Third Floor | 375 ft² ☐ | 6ft x | 0.5ft x | 1.00 = | 3 ft² |
| **Nonliving Area** | | ☐ | 17ft x | 3ft x | 1.00 = | 51 ft² |
| Basement | 2167 ft² △ | 7.07ft x | 5ft x | 0.35 = | 12.5 ft² |
| 3 Car Attached | 792 ft² ☐ | 6ft x | 5ft x | 1.00 = | 30 ft² |
| Wood Deck | 282 ft² △ | 5ft x | 7.07ft x | 0.35 = | 12.5 ft² |
| Concrete Patio | 282 ft² | **Second Floor** | | | | **x 1.00 = 2617 ft²** |
| Open Porch | 111 ft² ☐ | 2.5ft x | 12ft x | 1.00 = | 30 ft² |
| | | ☐ | 7ft x | 18ft x | 1.00 = | 126 ft² |
| | | ☐ | 42ft x | 40ft x | 1.00 = | 1680 ft² |
| | | ☐ | 7ft x | 14ft x | 1.00 = | 98 ft² |
| | | ☐ | 10ft x | 9ft x | 1.00 = | 90 ft² |
| | | ☐ | 22ft x | 24ft x | 1.00 = | 528 ft² |
| | | △ | 7.07ft x | 5ft x | 0.35 = | 12.5 ft² |
| | | ☐ | 8ft x | 5ft x | 1.00 = | 40 ft² |
| | | △ | 5ft x | 7.07ft x | 0.35 = | 12.5 ft² |
| | | **Second Floor** | | | | **x -1.00 = -266 ft²** |
| | | ☐ | 14ft x | 19ft x | 1.00 = | 266 ft² |
| | | **Second Floor** | | | | **x -1.00 = -182.00 ft²** |
| | | ☐ | 14ft x | 13ft x | 1.00 = | 182 ft² |
| | | **Third Floor** | | | | **x 1.00 = 375 ft²** |
| **Total Living Area (rounded):** | **4711 ft²** ■ | 15ft x | 25ft x | 1.00 = | 375 ft² |

| | |
|---|---|
| Borrower/Client | Angela Mammarelli Simone |
| Property Address | 1030 Meridian Drive |
| City Presto | County Allegheny    State PA    Zip Code 15142 |
| Lender | JPMorgan Chase |



| Borrower/Client | Angela Mammarelli Simone |
|---|---|
| Property Address | 1030 Meridian Drive |
| City | Presto | County | Allegheny | State | PA | Zip Code | 15142 |
| Lender | JPMorgan Chase |

Parcel ID

Property Address : 1030 MERIDIAN DR
PRESTO, PA 15142

Alternate ID

Municipality : 905 Collier

Owner Name : SIMONE ANGELA

| | | | |
|---|---|---|---|
| School District : | Chartiers Valley | Neighborhood Code : | 90501 |
| Tax Code : | Taxable | Owner Code : | Regular |
| Class : | Residential | Recording Date : | |
| Use Code : | SINGLE FAMILY | Sale Date : | 5/14/1999 |
| Homestead : | Yes | Sale Price : | $1 |
| Farmstead : | No | Deed Book : | 10478 |
| Clean And Green | No | Deed Page : | 30 |
| Other Abatement : | No | Lot Area : | 21,387 SQFT |

| 2019 Full Base Year Market Value | | 2019 County Assessed Value | |
|---|---:|---|---:|
| Land Value | $92,000 | Land Value | $92,000 |
| Building Value | $561,800 | Building Value | $543,800 |
| Total Value | $653,800 | Total Value | $635,800 |

| 2018 Full Base Year Market Value | | 2018 County Assessed Value | |
|---|---:|---|---:|
| Land Value | $92,000 | Land Value | $92,000 |
| Building Value | $561,800 | Building Value | $543,800 |
| Total Value | $653,800 | Total Value | $635,800 |

| Borrower/Client | Angela Mammarelli Simone |
| Property Address | 1030 Meridian Drive |
| City | Presto | County | Allegheny | State | PA | Zip Code | 15142 |
| Lender | JPMorgan Chase |



DISPLAY THIS CERTIFICATE PROMINENTLY • NOTIFY AGENCY WITHIN 10 DAYS OF ANY CHANGE

**Commonwealth of Pennsylvania**
**Department of State**
**Bureau of Professional and Occupational Affairs**
PO BOX 2649 Harrisburg PA 17105-2649

19 0748384

**License Type**
**Certified Residential Appraiser**

PATRICIA WILSON ROTHEY
322 DUTCH LANE
PITTSBURGH, PA 15236

**License Status**
**Active**

**Initial License Date**
**10/15/1991**

**License Number**
**RL000444L**

**Expiration Date**
**06/30/2021**

Acting Commissioner of Professional and Occupational Affairs

Signature

ALTERATION OF THIS DOCUMENT IS A CRIMINAL OFFENSE UNDER 18 PA.C.S.§. 4911

| Borrower/Client | Angela Mammarelli Simone | | | | |
|---|---|---|---|---|---|
| Property Address | 1030 Meridian Drive | | | | |
| City | Presto | County | Allegheny | State | PA    Zip Code  15142 |
| Lender | JPMorgan Chase | | | | |



## FLOOD INFORMATION

**Community:** TOWNSHIP OF COLLIER

Property is NOT in a FEMA Special Flood Hazard Area

**Map Number:** 42003C0319H

**Panel:** 0319H

**Zone:** X

**Map Date:** 09-26-2014

**FIPS:** 42003

**Source:** FEMA DFIRM

## LEGEND

🟧 = FEMA Special Flood Hazard Area – High Risk

🟨 = Moderate and Minimal Risk Areas

**Road View:**

🟩 = Forest      🟦 = Water

## Sky Flood™

No representations or warranties to any party concerning the content, accuracy or completeness of this flood report, including any warranty of merchantability or fitness for a particular purpose is implied or provided. Visual scaling factors differ between map layers and are separate from flood zone information at marker location. No liability is accepted to any third party for any use or misuse of this flood map or its data.

AI Ready PDF Generated on 10/15/2019 2:35:44 PM