# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **ANGELA M. SIMONE** | : | BK. No. 19-23079-JAD |
| **A/K/A ANGELA MAMMARELLI SIMONE** | : | |
| **D/B/A VICTOR VICTORIA HAIR. ETC.** | : | Chapter No. 13 |
| **Debtor** | : | |
| | : | |
| **JPMORGAN CHASE BANK, NATIONAL ASSOCIATION** | : | : |
| **Movant** | : | |
| v. | : | |
| | : | |
| **ANGELA M. SIMONE** | : | |
| **A/K/A ANGELA MAMMARELLI SIMONE** | : | |
| **D/B/A VICTOR VICTORIA HAIR. ETC.** | : | |
| and | : | |
| **RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)** | : | |
| **Respondents** | | |

## DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This _____ day of _____, ____, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is:

**ORDERED** that the above-captioned Motion is granted insofar as it requests Relief from the Automatic Stay imposed by 11 U.S.C. §362.

Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest (unless they are otherwise served) and file a Certificate of Service.

 

                                                          JEFFERY A. DELLER
                                                          U.S. Bankruptcy Judge

cc:    ANGELA M. SIMONE A/K/A ANGELA MAMMARELLI SIMONE
          D/B/A VICTOR VICTORIA HAIR. ETC.
          RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)
          UNITED STATES TRUSTEE
          JPMORGAN CHASE BANK, NATIONAL ASSOCIATION (COLUMBUS, OH)
          ATTENTION:  BANKRUPTCY DEPARTMENT