# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **ANGELA M. SIMONE** | ) | Case No.   19-23079-JAD |
| | ) | |
| | ) | Chapter 13 |
| **Debtor(s).** | ) | |
| | ) | Doc. No. ___ |
| | ) | |
| | ) | Related to Doc. Nos. 78, 82 & 88 |

## STATUS REPORT OF SALE OF 1030 MERIDIAN DRIVE

AND NOW, comes Angela M. Simone by and through his Counsel, Jeffrey J. Sikirica, Esquire, and files this Status Report of Sale of 1030 Meridian Drive, stating in support thereof as follows:

1. The Debtor's Chapter 13 Plan is to be totally funded from the sale of residential property located at 1030 Meridian Drive, Presto, PA 15142.

2. In order to market the property an extensive list of repairs and cleaning were required.

3. The Court previously approved by an order at docket #78 funding from the Coldwell Banker RealVitalize Program to make the necessary repairs and cleaning.

4. All work was completed as of July 11, 2020 and the property has been marketed on the realty multi-list by Coldwell Banker on July 13, 2020 for the initial amount of $849,900.00.

5. A link to the listing is https://www.coldwellbankerhomes.com/pa/collier-township/1030-meridian-dr/pid_36944970/.

                                                    Respectfully submitted,

Dated: 07/15/2020                              */s/ Jeffrey J. Sikirica*
                                                    Jeffrey J. Sikirica, Esquire
                                                    PA. I.D. No.   36745
                                                    121 Northbrook Drive

Gibsonia, PA 15044
T: (724) 625-2566
F: (724) 625-4611
sikiricalaw@zoominternet.net

**COUNSEL FOR DEBTOR**

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **ANGELA M. SIMONE** ) | **Case No.   19-23079-JAD** | |
| ) | | |
| ) | **Chapter 13** | |
| **Debtor(s).** ) | | |
| ) | | |
| ) | **Document No.** \_\_\_\_ | |
| **ANGELA M. SIMONE** ) | | |
| ) | | |
| **Movant(s),** ) | | |
| ) | | |
| **v.** ) | | |
| **No Respondents.** ) | | |

## ORDER OF COURT

AND NOW, this _____ day of August 2019, upon consideration of the Debtor's Motion to Extend Time to complete the filing of the Chapter 13 Schedules, Statements, Proof of Income, Chapter 13 Plan and Related Documents,

it is hereby ORDERED and DECREED that the Motion is Granted and the Debtor shall have until August 29, 2019, (10 additional days) to file her Chapter 13 Schedules, Statements, Proof of Income, Chapter 13 Plan and Related Documents which are required.

BY THE COURT:

Jeffery A. Deller
United States Bankruptcy Judge