## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **ANGELA M. SIMONE** | ) | Case No.   19-23079-JAD |
| | ) | |
| | ) | Chapter 13 |
| **Debtor(s).** | ) | |
| | ) | Doc. No. ___ |
| | ) | |
| | ) | Related to Doc. Nos. 78, 82 & 88 |

## AMENDED STATUS REPORT OF SALE OF 1030 MERIDIAN DRIVE

AND NOW, comes Angela M. Simone by and through his Counsel, Jeffrey J. Sikirica, Esquire, and files this Status Report of Sale of 1030 Meridian Drive, stating in support thereof as follows:

1. The Debtor's Chapter 13 Plan is to be totally funded from the sale of residential property located at 1030 Meridian Drive, Presto, PA 15142.

2. In order to market the property an extensive list of repairs and cleaning were required.

3. The Court previously approved by an order at docket #78 funding from the Coldwell Banker RealVitalize Program to make the necessary repairs and cleaning.

4. All work was completed as of July 11, 2020 and the property has been marketed on the realty multi-list by Coldwell Banker on July 13, 2020 for the initial amount of $849,900.00.

5. A link to the listing is https://www.coldwellbankerhomes.com/pa/collier-township/1030-meridian-dr/pid_36944970/.

                                              Respectfully submitted,

Dated: 07/15/2020                             */s/ Jeffrey J. Sikirica*
                                                      Jeffrey J. Sikirica, Esquire
                                                        PA. I.D. No.   36745
                                                        121 Northbrook Drive

Gibsonia, PA 15044
T: (724) 625-2566
F: (724) 625-4611
sikiricalaw@zoominternet.net

**COUNSEL FOR DEBTOR**