# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| ANGELA M. SIMONE | : | BK. No. 19-23079-JAD |
| A/K/A ANGELA MAMMERELLI SIMONS | : | |
| D/B/A VICTOR VICTORIA HAIR, ETC. | : | Chapter No. 13 |
| | : | |
| **Debtor** | : | |
| | : | Related to Doc. Nos,: 52, 53, 56, 71, |
| JPMORGAN CHASE BANK, NATIONAL | : | 74, 87 & 88 |
| ASSOCIATION       Movant | : | |
| v. | : | |
| ANGELA M. SIMONE | : | |
| A/K/A ANGELA MAMMERELLI SIMONS | : | |
| D/B/A VICTOR VICTORIA HAIR, ETC. | : | |
| and | : | |
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE) | | |
| **Respondents** | | |

## CERTIFCATION OF COUNSEL REGARDING CONSENT ORDER GRANTING MOTION OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION FOR RELIEF FROM THE AUTOMATIC STAY

The undersigned hereby certifies that agreement has been reached between Movant and the Debtor regarding Movant's Motion for Relief from Automatic Stay.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

☐ An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

X No other order has been filed pertaining to the subject matter of this agreement.

☐ The attached document does not require a proposed order.

Date: July 17, 2020

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com