IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE: : | |
| ANGELA M. SIMONE : | BK. No. 19-23079-JAD |
| A/K/A ANGELA MAMMERELLI SIMONS : | |
| D/B/A VICTOR VICTORIA HAIR, ETC. : | Chapter No. 13 |
| Debtor : | |
| : | |
| JPMORGAN CHASE BANK, NATIONAL : | Related to Doc. Nos,: 52 and 94 |
| ASSOCIATION : | |
| Movant : | |
| v. : | |
| ANGELA M. SIMONE : | |
| A/K/A ANGELA MAMMERELLI SIMONS : | |
| D/B/A VICTOR VICTORIA HAIR, ETC. : | |
| and : | |
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE) : | |
| Respondents : | |

**CONSENT ORDER OF COURT GRANTING MOTION OF
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, FOR RELIEF FROM THE
AUTOMATIC STAY**

**AND NOW**, this __22nd__ day of ___July___, 2020, upon consideration of the Motion for Relief from the Automatic Stay filed on behalf of JPMORGAN CHASE BANK, NATIONAL ASSOCIATION ("Movant") on January 17, 2020 (the "Motion for Relief") [Dkt. No. 52], the Debtor's response thereto filed on January 30, 2020 (the "Response") [Dkt. No. 56], and with the consent of the parties, it is hereby ORDERED that:

1.  The Motion for Relief is granted with the effective date of the earlier of February 1, 2021.
2.  The hearing scheduled for July 22, 2020 at 10:00 a.m. is cancelled.

_____
Jeffery A. Deller            sjk
U.S. BANKRUPTCY JUDGE

Contested to by:

/s/ Thomas Y. Song, Esquire
Thomas Y. Song, Esquire
*Attorney for Movant*

/s/ Jeffrey J. Sikirica, Esquire
Jeffrey J. Sikirica, Esquire
*Attorney for Debtor*

FILED
7/22/20 8:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA